**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02194-WJM -NRN

EYOEL-DAWIT MATIOS et al, in *Sui juris* Capacity,

    Plaintiff,

v.

CITY OF LOVELAND, et al, in care of Stephen C. Adams, City Manager,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting as Modified November 10, 2021 Recommendation of United States Magistrate Judge [47] entered by United States District Judge William J. Martínez on February 1, 2022, it is

    ORDERED that the Clerk enter a judgment in favor of Defendant, the City of Loveland, and against Plaintiff. It is

    FURTHER ORDERED that Defendant shall have its costs, if any, upon compliance with D.C.COLO.LCivR 54.1.

This case is closed.

DATED February 1, 2022, at Denver, Colorado.

                        FOR THE COURT:

                        Jeffrey P. Colwell, Clerk

                        By:    s/H.Guerra
                                  Deputy Clerk