**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 21-cv-2194-WJM-NRN

EYOL-DAWIT MATIOS, *et al.*, in *sui juris* capacity,

    Plaintiff and Petitioner,

v.

CITY OF LOVELAND, *et al.*, in care of Stephen C. Adams, City Manager,

    Defendant and Respondent.

---

**ORDER ON REMAND FROM THE TENTH CIRCUIT
DISMISSING PETITION WITHOUT PREJUDICE**

---

In August 2021, Plaintiff Eyol-Dawit Matios petitioned this Court to confirm an arbitration award issued in his favor against Defendant City of Loveland. (ECF No. 47 at 2.) On February 1, 2022, this Court adopted as modified the Report and Recommendation of Magistrate Judge N. Reid Neureiter and denied Plaintiff's petition. (*Id.* at 9.) Plaintiff appealed. (ECF No. 61.) This case now is before this Court on remand from the Tenth Circuit Court of Appeals, which held this Court did not have subject-matter jurisdiction to grant or deny Plaintiff's petition and instructed this Court to "dismiss [Plaintiff's petition] without prejudice." (ECF No. 69 (Appellate Case No. 22-1047).)

For the reasons stated above, the Court ORDERS:

1. Per the Tenth Circuit's Order (ECF No. 69), the Order of this Court dated February 1, 2022 (ECF No. 47), and the judgment entered upon it (ECF No. 48) are VACATED;

2. Plaintiff's Petition to Confirm Final Arbitration Award (ECF No. 1) is DISMISSED without prejudice; and

3. The Clerk of the Court shall enter a new judgment consistent with this Order and terminate this case.

Dated this 9th day of August, 2022.

BY THE COURT:

_____
William J. Martinez
United States District Judge